**Order entered February 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00911-CV**

**ROGELIO SANTANDER SR. AND JULIA GARCIA, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF ROGELIO SANTANDER JR., AND CRYSTAL ALMEIDA, Appellants**

**V.**

**CHAD SEWARD, HOME DEPOT U.S.A., INC., AND POINT 2 POINT GLOBAL SECURITY, INC., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07132**

**ORDER**

Before the Court is appellants' February 11, 2022 motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 7, 2022.

/s/ KEN MOLBERG
JUSTICE